Brian L. Johnsrud (admitted pro hac vice)
Daniel E. Lassen (19955)
Duane Morris LLP
260 Homer Avenue, Suite 202
Palo Alto, California 94301-2777
Telephone:     (650) 847-4150
Facsimile:      (650) 847-4151
E-mail:          BJohnsrud@duanemorris.com
                    DELassen@duanemorris.com

*Attorneys for Defendant eBay Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PAIGE WILLIAMS,<br><br>          Plaintiff,<br><br>   v.<br><br>EBAY INC.,<br><br>          Defendant. | **DECLARATION OF CHRISTOPHER BASOM IN SUPPORT OF DEFENDANT EBAY INC.'S MOTION TO COMPEL ARBITRATION AND STAY PLAINTIFF'S CLAIMS**<br><br>Case No. 4:26-cv-00059<br><br>Magistrate Judge Paul Kohler |

I, Christopher Basom, declare as follows:

1.      I am an adult over the age of 18 and a resident of the State of Arizona.  The information set forth herein is within my personal knowledge and, if called and sworn as a witness, I would testify competently to these facts.

2.      I am currently employed as a People Business Partner (Human Resources) for eBay Inc. and have held that role since August 2021.  In that position, I am familiar with eBay's

1

recordkeeping practices for human resources and have access to eBay's onboarding, employment, and personnel files, all of which are kept and maintained in the ordinary and normal course of eBay's business.  For purposes of this Declaration, I reviewed Paige Williams' personnel file to which I have access in my role.  The documents attached hereto as exhibits are records made and retained by eBay in the normal course of business, and to which I have access. The records were made at or near the time the data were acquired, entered, or transmitted to or from eBay; the records were kept in the course of regularly conducted activity of eBay; and the making of the records was a regular practice of that activity.  By virtue of my position, I am also familiar with eBay's hiring and onboarding practices.

3.      In my role as People Business Partner, I support the Customer Solutions Team and collaborate with members of that team.  By virtue of my role, I am familiar with eBay's interstate and international e-commerce operations and customer support operations.

4.      On September 22, 2014, eBay offered Williams the role of Customer Solutions Teammate.  eBay's offer letter stated that any disputes regarding Williams' at-will employment would be "conclusively resolved by final, binding and confidential arbitration" and that eBay would "bear those expenses unique to arbitration."  Williams electronically signed the offer letter on September 22, 2014.  Attached as **Exhibit A** is a true and correct copy of the offer letter, dated September 22, 2014.

5.      On September 22, 2014, Williams signed the Mutual Arbitration Agreement, requiring arbitration as follows:

> The parties to this Agreement agree to arbitrate any and all disputes, demands, claims, or controversies . . . which arise from or relate to this Agreement, any other agreement between Employee and Employer, the employment relationship between Employee and Employer, or services provided to Employer whether as an

Docusign Envelope ID: 101C10C5-00AD-8C47-81E9-3AD6954C557C

employee, consultant or otherwise, including without limitation the recruitment, formation and termination thereof, whether the claims arise in law or equity, in tort, contract, or pursuant to statute, regulation or ordinance, under local, state or federal law now in existence or which may in the future be enacted or recognized.

The Agreement requires that "the arbitration shall be conducted by a neutral arbitrator in accordance with the then applicable rules issued by the American Arbitration Association," and the "arbitrator shall have the authority to determine if an issue or claim is subject to this arbitration obligation, and to award any legal or equitable relief authorized by law in connection with the asserted claim." Attached as **Exhibit B** is a true and correct copy of the Mutual Arbitration Agreement, dated September 22, 2014.

6.    eBay is a Delaware corporation with its headquarters located in San Jose, California. eBay provides a global e-commerce platform that facilitates buying and selling of new and used goods among hundreds of millions of buyers and sellers located throughout the United States and internationally. Through eBay's platform, buyers and sellers in different states and countries transact with one another, and the goods purchased are routinely shipped across state lines. Payments for these transactions are processed and transmitted electronically across state boundaries, and the eBay platform is accessed over the internet by users across the United States and abroad. The day-to-day operation of this platform therefore depends on, and is conducted through, the daily flow of goods, payments, communications, and data in interstate and international commerce.

7.    Williams was employed in Utah and her work was part of eBay's interstate and international commerce operations. In her role as Customer Solutions Teammate, Williams provided customer service to eBay's customers throughout the United States and internationally, assisting customers with transactions that frequently crossed state borders. Williams held the

Docusign Envelope ID: 101C10C5-00AD-8C47-81E9-3AD6954C557C

Customer Solutions Teammate position for several years before transitioning from telephone-based support to email-based support in 2019.  In 2020, she transitioned again into the position of Social Media Teammate, in which she responded to eBay's customers on social media platforms.  In each of these roles, Williams regularly communicated across state lines – by phone, email, and the internet – with customers located outside of Utah regarding sales and purchases of goods that routinely crossed state lines.

I declare under penalty of perjury under the laws of the State of Utah and the United States of America that the foregoing is true and correct.

Executed on ___June 30, 2026_____, in Scottsdale, Arizona.

Signed by:

*Chris Basom*

ED2AFDB7182847C...

CHRISTOPHER BASOM