# EXHIBIT A



09/22/2014

Paige Williams

████████████████

Saratoga Springs, UT 84045

Dear Paige,

eBay Inc. ('eBay Inc.';  or the 'Company') is pleased to offer you the non-exempt position of Customer Solutions Teammate (System Title: Customer Solutions Agent 2), reporting to Cheryl Gonzales, Manager, Customer Solutions 3, at a rate of $13.50 per hour, payable bi-weekly.

You will be eligible for a 5% shift differential while working the swing shift. Should you change shifts at any time during your employment, a different differential may be applied or completely eliminated depending on the shift. Further, the Company reserves the right, in its sole discretion, to amend, change or cancel its shift differential policy at any time.

You will be eligible to participate in the eBay Incentive Plan (eIP) with an annual bonus based on individual achievement as well as company performance.  The annual bonus period is from January 1 through December 31.  Your target bonus for the eIP is 6% of your annual base salary, pro-rated based on the eligible earnings paid while you are employed in an eIP eligible position during the annual bonus period.  There is no guarantee any eIP bonus will be paid, and any actual bonus will be determined after the end of the annual bonus period based on your eligible earnings as defined in the eIP.  To be eligible to receive any eIP bonus, you must be employed on or before the first business day of the fourth quarter and you must be employed on the date the bonus is paid.  The payment of any bonus is at eBay's sole and absolute discretion and subject to the terms and conditions of the eIP.  eBay reserves the right, in its sole discretion, to amend, change or cancel the eIP at any time.

All employees are subject to eBay's Insider Trading Agreement, which outlines the procedures and guidelines governing securities trades by company personnel.  Enclosed is a copy of eBay's Insider Trading Agreement.  Please review the Agreement carefully, execute the certification and submit it to eBay's human resources department.

You will be also entitled to the benefits that eBay customarily makes available to employees in positions comparable to yours.  Please refer to the benefit plan documents for more details, including eligibility.  eBay reserves the right, in its sole discretion, to amend, change or cancel the benefits at any time.

Your employment at the Company is "at-will" and either you or the Company may terminate your employment at any time, with or without cause or advance notice. The at-will nature of the employment relationship can only be changed by written agreement signed by eBay's SVP of Human Resources. Other terms, conditions, job responsibilities, compensation and benefits may be adjusted by eBay from time to time in its sole discretion.

 All of us at eBay Inc. are very excited about you joining our team and look forward to a beneficial and fruitful relationship. However, should any dispute arise with respect to your employment or the termination of that employment, we both agree that such dispute shall be conclusively resolved by final, binding and confidential arbitration rather than by a jury court or administrative agency. The Company will bear those expenses unique to arbitration. Please review the enclosed Mutual Arbitration Agreement carefully.

 As a condition of your employment, you must complete both the Mutual Arbitration Agreement and the enclosed Employee Proprietary Information and Inventions Agreement prior to commencing employment. These agreements address important obligations to the Company, both during and after your employment; therefore, please read both agreements carefully before signing them and submitting them to eBay's human resources department.  If you should have any questions about either agreement, please contact me.

This offer letter, the Mutual Arbitration Agreement, the Employee Proprietary Information and Inventions Agreement as well as all other attached required documents, contain the entire agreement with respect to your employment. Should you have any questions with regard to any of the items indicated above, please call me. Kindly indicate your consent to this offer letter by signing copies of this letter no later than three days after you have received this offer.  All other documents requiring your signature must be submitted prior to your start date, including but not limited to the Mutual Arbitration Agreement, the Employee Proprietary Information and Inventions Agreement, and the Insider Trading Agreement certification.

This offer is contingent upon the results of your background verification and reference checks.  Upon your signature below, this will become our binding agreement with respect to your employment and its terms merging and superseding in their entirety all other or prior offers, agreements and communications, whether written or oral, by you and the Company as to the specific subjects of this letter.

We are excited at the prospect of you joining our team. Your background and qualifications will add a unique strength to our department, as well as to the Company's continued success. We look forward to having you on board!

Very truly yours,

KayDee Dougal
Recruiter

ACCEPTED:

Paige Williams (Electronically Signed)
Paige Williams

09/22/2014

Date

**Anticipated Start Date:** {1}/{2}/10/06/2

eBay Inc. Offer Letter acceptance

paigeleannwilliams@gmail.com [September 22, 2014 18:21:45 Eastern Daylight Time]