IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PAIGE WILLIAMS,<br>Plaintiff,<br>v.<br>EBAY, INC.,<br>Defendant. | REPORT AND RECOMMENDATION<br><br>Case No. 4:26-cv-00059-AMA-PK<br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Plaintiff filed her Complaint on May 22, 2026.[1] Defendant filed a Motion to Compel Arbitration and Stay Plaintiff's Claims.[2] Plaintiff did not respond to that Motion. The Court then issued an Order to Show Cause on July 23, 2026.[3] The Court ordered Plaintiff to respond in writing by August 17, 2026, to inform the Court of the status of the case and her intentions to proceed. The Court warned that failure to do so would result in a recommendation that this action be dismissed. Plaintiff failed to respond as directed.

Under Federal Rule of Civil Procedure 41(b), "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." "Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a

[1] Docket No. 1.

[2] Docket No. 10.

[3] Docket No. 13.

plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders."[4] Here, Plaintiff has failed to prosecute by failing to respond to Defendant's Motion and, by failing to respond to the Order to Show Cause as directed, she has failed to comply with a court order. For these reasons, the undersigned recommends that this action be dismissed pursuant to Rule 41(b) without prejudice.[5]

Copies of this Report and Recommendation are being mailed to all parties who are hereby notified of their right to object. The parties must file any objection to this Report and Recommendation within fourteen (14) days of service. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 18th day of August, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

[4] *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

[5] Generally, "a district court may, without abusing its discretion, [dismiss a case without prejudice] without attention to any particular procedures." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1162 (10th Cir. 2007).