# United States District Court

District of Utah, Southern Region of the Central Division

PAIGE WILLIAMS,

Plaintiff,

v.

EBAY, INC.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:26-cv-00059-AMA-PK

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice for failure to prosecute.

Dated: September 9, 2026.

By the Court:

Ann Marie McIff Allen
United States District Judge